**IT IS ORDERED as set forth below:**



**Date: April 11, 2013**

_____

C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  ' CASE NO. 10-64986-CRM
        '
Delissa Fontain McAdoo  ' CHAPTER 13
    Debtor(s).  '

CONSENT ORDER
APPROVING COMPROMISE OF CLAIM

On March 21, 2013, Debtor filed a "Motion to Approve Compromise of Claim" seeking approval of a proposed settlement of her violation of the Fair Labor Standards Act claim. A hearing was held on April 2, 2013 at 10:00 A.M. in Courtroom 1203, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia. Debtor, Debtor's counsel, Special Counsel and the Attorney for Chapter 13 Trustee were present; it appearing that all parties have consented to the terms of the motion,

IT IS HEREBY ORDERED that the Debtor's Motion of to Approve Compromise of Claim is HEREBY GRANTED. The Debtor has permission to execute the "Settlement Agreement and General Release" marked as "Exhibit A" in the motion. Further, special counsel shall remit to the Chapter 13 Trustee the $9287.78 settlement proceeds which includes the net of

$4643.89 that will be paid by the Contract Packaging, Inc. to the debtor as W2 income with all applicable taxes deducted and a second $4643.89 payment which will be paid by Contract Packaging, Inc. as form 1099 income to the debtor without any deductions.  The Debtor may file a separate motion to retain the settlement funds or a portion thereof within 30 days of the date of this Order. The Chapter 13 Trustee will hold the debtor's settlement funds for 30 days to allow the debtor time to file a motion to retain funds and will continue to hold the funds if a motion is filed until an Order can be entered on the motion to retain.  If a motion to retain funds is not filed within the 30 days, the Chapter 13 Trustee shall disburse the settlement funds pursuant to the confirmed Plan.  DeLong, Caldwell, Bridgers & Fitzpatrick, LLC, Special Counsel has permission to retain $10,860.00 for attorney fees, cost and expenses paid directly by Contract Packaging and shall be issued a form 1099 for this payment.  The special counsel proceeds are separate from the debtor's proceeds and not included in the total debtor's settlement amount.

IT IS FURTHER ORDERED, that Debtor and her Special Counsel are authorized to execute all necessary release documents in order to effectuate the above-referenced settlement.

**END OF DOCUMENT**

Prepared, presented, and Consented to:       Consented to:

/s/ Colleen L. Golden                        /s/ Charles R. Bridgers
_____              _____
Colleen L. Golden, GBN 299535                Charles R. Bridgers, GBN 080791
Attorney for Debtor                          Special Counsel for Debtor
5353 Fairington Road, Suite C                101 Marietta Street, Suite 3100
Lithonia, GA  30038                          Atlanta, GA  30303
(770) 220-7220                               (404) 979-3150

Consented to:                                Consented to:

/s/ Maria J. Kirtland                        /s/ Michael A. Caldwell
_____              _____
Maria J. Kirtland, GBN  118350               Michael A. Caldwell, GBN 102775
Attorney for Chapter 13 Trustee              Special Counsel for Debtor
Suite 120 – The Suntrust Garden Plaza        101 Marietta Street, Suite 3100
303 Peachtree Center Avenue                  Atlanta, GA  30303
Atlanta, GA 30303                            (404) 979-3150
(678) 992-1201

DISTRIBUTION LIST

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA  30303

Office of U.S. Trustee
75 Spring Street, Room 362
Atlanta, GA  30303

Colleen L. Golden
C. Golden & Associates, LLC
5353 Fairington Road, Suite C
Lithonia, GA  30038

Charles R. Bridgers
DeLong, Caldwell, Bridgers & Fitzpatrick, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA  30303

Michael A. Caldwell
DeLong, Caldwell, Bridgers & Fitzpatrick, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA  30303

Delissa Fontain McAdoo
147 Southgate Boulevard
McDonough, GA  30253