IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DELISSA McADOO,** | : |
| **Plaintiff,** | : Civil Action Number: |
| vs. | : 1:12-cv-02198-WSD |
| **CONTRACT PACKAGING, INC.** | : |
| **Defendants.** | : |

## ORDER

The above-styled case is presently before the Court on the parties' Joint Motion for Review and Approval of Settlement Agreement and Release. The parties have requested that the Court review and approve the parties' proposed Settlement Agreement in this case because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. The Court has reviewed the proposed Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the dispute. Accordingly, the parties' Motion is **GRANTED**, and the Settlement Agreement and General Release of all claims is **APPROVED** and incorporated herein.

This Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED, this 18th day of April, 2013.

_____
Honorable William S. Duffey, Jr.
U.S. DISTRICT COURT JUDGE