IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELISSA McADOO,<br><br>Plaintiff,<br><br>v.<br><br>CONTRACT PACKAGING, INC.<br><br>Defendant. | Civil Action File No.<br>1:12-cv-02198-WSD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereto, through their undersigned counsel, hereby stipulate that all claims in the above-styled action are hereby DISMISSED WITH PREJUDICE.  Each party shall bear its own fees and costs.

Respectfully submitted this __3rd__ day of May, 2013.

/s/ Michael A. Caldwell
_____
Michael A. Caldwell
Georgia Bar No. 102775
Charles R. Bridgers
Georgia Bar No. 080791
DELONG CALDWELL BRIDGERS
  & FITZPATRICK, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
Tel:   (404) 979-3150
Fax:   (404) 979-3170
Email: michaelcaldwell@dcbflegal.com
Email: charlesbridges@dcbflegal.com

*Attorneys for Plaintiff*
*Delissa McAdoo*

/s/ R. Daniel Beale
_____
R. Daniel Beale
Georgia Bar No. 043880
Shannon R. Creasy
Georgia Bar No. 228358
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, Georgia 30308
Tel:   (404) 527-4000
Fax:   (404) 527-4198
Email:   dbeale@mckennalong.com
Email:   screasy@mckennalong.com

*Attorneys for Defendant*
*Contract Packaging, Inc.*